1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  UNICERSAL CITY STUDIOS        )   CV 08-4931 RSWL (SHx)
    PRODUCTIONS LLLP, WARNER      )
12  BROS. ENTERTAINMENT INC.,     )
    NEW LINE PRODUCTIONS, INC.,   )   **JUDGMENT**
13                                )
                 Plaintiffs,      )
14                                )
         v.                       )
15                                )
                                  )
16  MOVIERUMOR.COM, ALI JAFFAR,   )
    d/b/a MOVIERUMOR.COM, and     )
17  DOES 2 through 5,             )
    inclusive,                    )
18                                )
                                  )
19              Defendants.       )

20      Default judgment having been granted, **JUDGEMENT IS**
21 **HEREBY ENTERED FOR PLAINTIFF AND AGAINST DEFENDANT** as
22 follows:
23      1.   Defendant Ali Jaffar, doing business as
24           Movierumor.com, and his officers, agents,
25           servants, employees, attorneys, successors,
26           licensees, partners, and assigns, and all those
27           acting directly or indirectly in concert or
28           participation, are permanently enjoined from

                                1

1  contributorily infringing by any means and/or
2  inducing copyright infringement by any means of
3  the exclusive rights of Plaintiffs and their
4  affiliates under the Copyright Act, including,
5  but not limited to, any of Plaintiffs' and
6  Plaintiffs' affiliates' rights in any of the
7  copyrighted works listed in Exhibit A to the
8  First Amended Complaint.

2. Defendant Ali Jaffar d/b/a Movierumor.com is to pay to statutory damages to Plaintiffs under the Copyright Act, 17 U.S.C. § 504. The Court finds Defendant's infringements of the 11 works noted in Exhibit A to the First Amended Complaint to be willful, and therefore orders payment of $150,000 for each infringement, totaling $1,650,000.

3. Defendant Ali Jaffar d/b/a Movierumor.com is to pay attorneys' fees and litigation costs to Plaintiffs in the amounts of $34,384.35 and $2,557.64. respectively.

**IT IS SO ORDERED.**

*Ronald S W Lew*

_____
**HONORABLE RONALD S.W. LEW**
Senior, U.S. District Court Judge

DATED: June 18, 2009